IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02899-MEH

WANDA L. LEINGANG,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

    Defendant.

_____

## ORDER RE: NOTICE OF DISMISSAL
_____

**Michael E. Hegarty, United States Magistrate Judge**.

    Before the Court is a Notice of Voluntary Dismissal with Prejudice filed by the Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) [docket #11].  The Court finds the notice and terms of dismissal proper.  Thus, the Clerk of the Court is directed to close this case.

    Dated and entered at Denver, Colorado this 16th day of December, 2014.

                                                    BY THE COURT:

                                                  */s/ Michael E. Hegarty*

                                                  Michael E. Hegarty
                                                  United States Magistrate Judge